UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 08-20726-CR-UNGARO

UNITED STATES OF AMERICA,

v.

FREDERICK SMALLS,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court upon Defendant's Motion to Suppress Due to Illegal Search of Residence and Motion to Suppress Statements. (D.E. 16, 17.) The matter was referred to Magistrate Judge Andrea M. Simonton who on October 16, 2008, issued a Report recommending that Defendant's Motion to Suppress Due to Illegal Search of Residence be denied, and that the Motion to Suppress Statements be granted in part, only as to the use in the Government's case in chief of statements made in response to the questioning by Sgt. Carballo regarding injuries he sustained during the course of his arrest, and denied in part as to the remaining statements. (D.E. 31.) Defendant filed objections to the portions of the Magistrate Judge's Report recommending denial of the motion to suppress physical evidence on Oct 21, 2008. (D.E. 32.) The court has considered Defendant's objections but agrees with the analysis on which the Magistrate Judge's Report is based, particularly her conclusions that the officers had the right to seize contraband and firearms in plain view and contraband and firearms that they encountered in connection with their protective sweep of the Defendant's apartment. The Court further agrees that the law did not require the officers to remove the Defendant from and

secure him outside the apartment while they sought a search warrant. Having conducted a *de novo* review of the record and being otherwise fully informed in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers, at Miami, Florida this 23d day of October, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE